[Civ. No. 1036.    Second Appellate District.—November 7, 1911.]

## ANDREW E. BROADBENT, Respondent, v. JOHN M. KEITH, Appellant.

Election Contest—Office of City Marshal—Statement Showing Termination—Dismissal of Appeal.—Where an election contest involving the office of a city marshal was brought to this court upon appeal, and it appears from a statement in writing signed by the attorneys for appellant that the respondent plaintiff has voluntarily resigned the office ·of city marshal to which he was declared elected, and that the defendant appealing has been appointed by the board of trustees of the city to fill the vacancy, which office he now holds, and it appearing therefrom that the public can have no interest in the result of the appeal, and appellant having consented thereto, the appeal will be dismissed.

APPEAL from a judgment of the Superior Court of Imperial County. Franklin J. Cole, Judge.

The facts are stated in the opinion of the court.

Shaw, Ross & Dyke, for Appellant.

Conkling & Brown, for Respondent.

THE COURT.—This is an election contest involving the office of marshal of the city of Imperial, California. It ap-

pears from a statement in writing, filed by the attorneys for appellant herein, that plaintiff and respondent has voluntarily resigned the office of marshal of the city of Imperial, to which he was declared elected, and that defendant and appellant has been appointed by the board of trustees of said city of Imperial to fill said vacancy, which office he now holds; and it appearing by reason of the facts recited the public can have no interest in the result of said appeal, and the appellant having consented thereto, it is, therefore, ordered that the appeal herein be, and the same is, dismissed.